No. 03–6780. JOHNSON *v.* KUGLER ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6785. JONES *v.* SOUTHWEST FIDUCIARY, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–6786. PEARSON *v.* SAAR, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. C. A. 4th Cir. Certiorari denied.

No. 03–6789. BRACKENS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–6790. PEARSON *v.* SAAR, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–6791. PETERSON *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 03–6792. ANAYA *v.* LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6794. PAYTON *v.* MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 03–6796. SEPEDA *v.* REX, DISTRICT JUDGE, 109TH DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 03–6799. SULLIVAN *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6800. WILLIAMS *v.* MIR MITCHELL & CO., L. L. P. C. A. 5th Cir. Certiorari denied.

No. 03–6803. BANKS *v.* OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6805. BERGERON *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–6809. SCIBLE *v.* COOKMAN, JUDGE, CIRCUIT COURT OF PENDLETON COUNTY, WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.